# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CIV. 4498                                    Date Filed: 5/14/2008

Plaintiff:
**Rodolfo Mendoza, Maria S. Samiego De Mendoza, Erasmo Lopez,
Jesus Lopez,**

vs.

Defendant:
**G&M Foods, Inc.( AKA GM Foods, Inc; GM Foods)d/b/a The Waterfront
Bar & Grille(aka The Waterfront Bar & Grill; The Waterfront Grille, et.
al.,**
**State of New York, County of Albany)ss.:**

Received by SERVINATOR LEGAL SUPPORT SERVICES, INC. to be served on **G&M Foods, Inc. (AKA GM
Foods, Inc; GM Foods) d/b/a The Waterfront Bar & Grille(aka The Waterfront Bar & Grill; The Waterfront Grille**

I, J.R. O'Rourke, being duly sworn, depose and say that on the 24th day of July, 2008 at 1:30 pm, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons in a Civil Case and
Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00 to**
Donna Christie as Business Document Specialist I of The New York State Department of State, the New York
State Department of State being the **Registered Agent** of record of the within named corporation, in compliance
with state statutes.

**Description** of Person Served:  Age: 45,  Sex: F,  Race/Skin Color: White,  Height: 5' 4",  Weight: 160,  Hair: Blond,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good
standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 28th day
of July, 2008 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
Notary Public, State of New York
No. 4822072
Qualified in Albany County
Commission Expires Feb. 28.

_____
J.R. O'Rourke
Process Server

**SERVINATOR LEGAL SUPPORT SERVICES, INC.**
**100 State Street**
**Suite 360**
**Albany, NY  12207**
**(518) 432-7378**
Our Job Serial Number: 2008003006

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f